# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Hornby, D.Brock | 2. Court or Organization District of Maine | 3. Date of Report 05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (senior status) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States District Court
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member - Term ended 05/24/2017 | The American Law Institute |
| 2. | Power-of-Attorney - Terminated on death of Family Member #1 on 05/05/17 | Family Member #1 |
| 3. | Executor of Estate - appointed 05/26/2017 | Family Member #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | self-employed in management consulting, software development and rental property |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Ass'n | 03/31/17 to 04/02/17 | New York, NY | Attend Dinner Honoring the Federal Judiciary | paid travel, lodging and meal expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | O | T | | | | | |
| 2. Ally Bank accounts | A | Interest | K | T | | | | | |
| 3. Synchrony Bank | C | Interest | M | T | | | | | |
| 4. CIT Bank | C | Interest | M | T | | | | | |
| 5. U.S. Savings Bonds | | None | L | T | | | | | |
| 6. Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 7. Maine Health & Higher Edu. Facs. Auth'y bonds | D | Interest | N | T | Redeemed (part) | 07/03/17 | J | | |
| 8. | | | | | Redeemed (part) | 07/07/17 | J | | |
| 9. Bangor ME bonds | B | Interest | K | T | | | | | |
| 10. Portland ME Airport bonds | B | Interest | L | T | | | | | |
| 11. Puerto Rico Public Buildings Auth'y bond | | None | | | Sold | 03/27/17 | J | | |
| 12. Commonwealth of Puerto Rico bonds | C | Interest | L | T | Sold (part) | 02/14/17 | J | | |
| 13. | | | | | Sold (part) | 03/27/17 | K | | |
| 14. Univ. of Maine System bonds | C | Interest | L | T | | | | | |
| 15. Puerto Rico Elec. Power Auth'y bonds | B | Interest | K | T | Sold (part) | 03/27/17 | J | | |
| 16. Puerto Rico Aqueduct & Sewer Auth'y bonds | A | Interest | J | T | | | | | |
| 17. Lewiston, ME public improvement bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ME Gov't Facilities Auth'y bond | A | Interest | K | T | | | | | |
| 19. Virgin Islands Public Fin. Auth'y bond | B | Interest | K | T | | | | | |
| 20. South Portland, ME bond | A | Interest | K | T | | | | | |
| 21. Falmouth, ME bond | A | Interest | K | T | | | | | |
| 22. Maryland Health & Educ. bond | B | Interest | K | T | Redeemed (part) | 07/03/17 | J | | |
| 23. | | | | | Redeemed (part) | 11/21/17 | J | | |
| 24. Allen County Hospital Facilities bond | B | Interest | K | T | | | | | |
| 25. Washington State Health Care bond | B | Interest | K | T | | | | | |
| 26. Indiana Fin. Auth'y Health System bond | B | Interest | K | T | | | | | |
| 27. Nuveen High Yield Muni Bond Fund | D | Interest | M | T | Buy (add'l) | 02/13/17 | K | | |
| 28. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 29. PA State Tpke Bond | B | Interest | K | T | Buy | 04/19/17 | K | | |
| 30. PA State Gen. Purpose Bond | A | Interest | K | T | Buy | 07/18/17 | K | | |
| 31. RBC Wealth Mgt money mkt acct | A | Interest | K | T | | | | | |
| 32. T. Rowe Price Mutual Int'l Stock Funds | B | Dividend | K | T | | | | | |
| 33. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 34. -Cash Management Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -com stk General Electric Co. | A | Dividend | K | T | | | | | |
| 36. -ADR Diageo PLC new | A | Dividend | K | T | | | | | |
| 37. -Vanguard Group Mutual Funds | | | | | | | | | |
| 38. ---Balanced Index Fund | A | Dividend | K | T | | | | | |
| 39. ---Value Index Fund | B | Dividend | L | T | | | | | |
| 40. ---Inflation Protected Security Inv | A | Dividend | K | T | | | | | |
| 41. ---Strategic Equity Fund | B | Dividend | K | T | | | | | |
| 42. ---Developed Mkts Index Fund | A | Dividend | K | T | | | | | |
| 43. -Alpine Funds | | | | | | | | | |
| 44. ---Dynamic Dividend | B | Dividend | | | Sold | 12/26/17 | K | | |
| 45. ---International Real Estate | A | Dividend | K | T | | | | | |
| 46. ---Alpine Rising Div. Fund | A | Dividend | K | T | | | | | |
| 47. -Bridgeway Ultra-Small Company Mkt Fund | D | Dividend | L | T | | | | | |
| 48. -Matthews Asian Funds | | | | | | | | | |
| 49. ---Asia Growth Investor | C | Dividend | K | T | | | | | |
| 50. ---India | A | Dividend | L | T | | | | | |
| 51. -The Fairholme Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -com stk Illinois Tool Works | A | Dividend | K | T | | | | | |
| 53. -iShares MSCI Mexico Capped ETF | A | Dividend | K | T | | | | | |
| 54. Vanguard Account | | | | | | | | | |
| 55. -Vanguard Money Mkt Fund | A | Dividend | M | T | | | | | |
| 56. -Vanguard Precious Metals & Mining Fund | A | Dividend | K | T | | | | | |
| 57. -Vanguard Sm Cap Growth Fund | A | Dividend | L | T | Buy (add'l) | 12/22/17 | K | | |
| 58. -Vanguard Hi Yld Tax Exempt Fund | A | Dividend | K | T | Buy (add'l) | 11/3/17 | J | | |
| 59. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 60. -Vanguard Developing Mkts Index Fund | A | Dividend | K | T | Buy (add'l) | 04/10/17 | J | | |
| 61. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 62. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 63. -Vanguard Europe Stock Index Fund | A | Dividend | L | T | Buy (add'l) | 04/10/17 | J | | |
| 64. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 65. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 66. -Vanguard Extended Mkt Index Fund | A | Dividend | L | T | Buy (add'l) | 12/20/17 | J | | |
| 67. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 68. -Vanguard Total Stock Mkt Index Fund | A | Dividend | M | T | Buy (add'l) | 05/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 70. -Vanguard Health Care | B | Dividend | L | T | Buy | 11/07/17 | K | | |
| 71. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 72. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 73. -Vanguard Global Wellington | A | Dividend | L | T | Buy | 10/30/17 | K | | |
| 74. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 75. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 76. -Vanguard Prime Money Mkt | A | Dividend | J | T | Buy | 12/22/17 | J | | |
| 77. -com stk Myriad Genetics | | None | J | T | Buy | 11/14/17 | J | | |
| 78. -com stk Sprint Corp. | | None | J | T | Buy | 11/28/17 | J | | |
| 79. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 80. Ser. B pref stk Bonti, Inc. | | None | K | W | Buy | 04/23/17 | K | | Bonti, Inc. |
| 81. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 82. -Cash Management Acct | A | Interest | J | T | | | | | |
| 83. -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 84. -com stk Starbucks Corp. | B | Dividend | L | T | | | | | |
| 85. -com stk Popular, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Washington REIT | A | Dividend | K | T | | | | | |
| 87. -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 88. -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 89. -American Campus Communities REIT | B | Dividend | K | T | | | | | |
| 90. -com stk Grupo Televisa | | None | | | Sold | 03/13/17 | K | D | |
| 91. -Turkish Investment Fund | A | Dividend | J | T | | | | | |
| 92. -Prudent Bear Fund | | None | J | T | | | | | |
| 93. -com stk Peabody Energy Corp. (Y) | | | | | | | | | |
| 94. -T. Rowe Price Emerging Europe Fund | A | Dividend | J | T | | | | | |
| 95. -Matthews Korea Fund | A | Dividend | K | T | | | | | |
| 96. -com stk Amazon.com | | None | M | T | | | | | |
| 97. -Wisdom Tree Large Cap Div Fund | B | Dividend | M | T | | | | | |
| 98. -Facebook Inc. | | None | M | T | | | | | |
| 99. -Vanguard S&P Index Fund | A | Dividend | K | T | | | | | |
| 100. -Vanguard Europe Index Fund | A | Dividend | K | T | | | | | |
| 101. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 102. -Cash Management Acct | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -com stk Powershares QQQ | A | Dividend | K | T | | | | | |
| 104.   -com stk Immunogen Inc. | | None | J | T | | | | | |
| 105.   -U.S. Global Investors Eastern Europe (mutual) | | None | J | T | | | | | |
| 106.   -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 107.   -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 108.   -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 109.   -Value Line Fund Inc. | B | Dividend | L | T | | | | | |
| 110.   -Prudent Bear Fund | | None | J | T | | | | | |
| 111.   -Fidelity Nordic Countries Fund | A | Dividend | K | T | | | | | |
| 112.   -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 113.   -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 114.   -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 115.   -Vanguard FTSE All-World ex-US ETF | B | Dividend | K | T | | | | | |
| 116.   -Janus Triton Fund | A | Dividend | K | T | | | | | |
| 117.   -Parnassus Core Equity Fund fka Parnassus Equity Income Fund | B | Dividend | K | T | | | | | |
| 118.   -Vanguard Consumer Staples Fund | A | Dividend | K | T | | | | | |
| 119.  Pension Plan Acct. TIAA-CREF #1 (see Part VIII. Add'l Information) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -TIAA Traditional | A | Interest | K | T | Distributed (part) | 12/01/17 | J | | |
| 121. -CREF Equity Index R3 | | None | M | T | Distributed (part) | 12/01/17 | J | | |
| 122. -CREF Global Equities R3 | | None | L | T | Distributed (part) | 12/01/17 | J | | |
| 123. -Vanguard Total Stock Mkt Index | A | Dividend | L | T | Distributed (part) | 12/01/17 | J | | |
| 124. -TIAA Real Estate | | None | L | T | Distributed (part) | 12/01/17 | J | | |
| 125. Pension Plan Acct. TIAA-CREF #2 (see Part VIII. Add'l Information) | | | | | | | | | |
| 126. -TIAA Traditional | A | Interest | L | T | | | | | |
| 127. -CREF Stock R3 | | None | N | T | | | | | |
| 128. -CREF Growth R3 | | None | N | T | | | | | |
| 129. -CREF Equity Index R3 | | None | O | T | | | | | |
| 130. -CREF Global Equities R3 | | None | N | T | | | | | |
| 131. -TIAA Real Estate | | None | M | T | | | | | |
| 132. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 133. -First Eagle Over A Fund | D | Dividend | N | T | | | | | |
| 134. -Oakmark Equity & Income J Fund | E | Dividend | M | T | | | | | |
| 135. -Laudus Growth Investors | D | Dividend | M | T | | | | | |
| 136. -Janus Triton Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -MFS Midcap Fund | D | Dividend | N | T | | | | | |
| 138. -Parnassus Core Equity Fund | D | Dividend | M | T | | | | | |
| 139. 1/2 unit ltd. partnership int. in Falls Development Assoc., ltd real | | None | K | R | | | | | |
| 140. estate partnership purchased 12/30/85; total of $16,489.50 pd in | | | | | | | | | |
| 141. installments completed 2/10/90 | | | | | | | | | |
| 142. Trust #3 | | | | | | | | | |
| 143. -Fidelity SpartanA 500 Index AdvtgA | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 144. -Cash Mgt Acct (Y) | | | | | | | | | |
| 145. -Fidelity Large Cap Stock Fund | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 146. IRA Brokerage Acct RBC Wealth Mgt (became | | | | | | | | | |
| 147. beneficiary on Family Member #1's death 05/05/17) | | | | | | | | | |
| 148. -RBC deposits | A | Interest | J | T | | | | | |
| 149. -Cross Timbers Royalty Trust | A | Dividend | J | T | | | | | |
| 150. -Permian Basin Royalty Trust | A | Dividend | J | T | | | | | |
| 151. -Goldman Sachs Group bond | A | Dividend | K | T | | | | | |
| 152. -Franklin Inc. Funds | A | Dividend | K | T | | | | | |
| 153. -Neuberger Berman Real Estate Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. RBC Brokerage Acct for Estate of which I am Executor | | | | | | | | | |
| 155. & family member is 1/3 beneficiary | | | | | | | | | |
| 156. -Puerto Rico bonds | B | Interest | | | Sold | 08/28/17 | K | | |
| 157. -Michigan bonds | A | Interest | | | Sold | 08/28/17 | K | B | |
| 158. -New Jersey bonds | B | Interest | | | Sold | 08/28/17 | N | A | |
| 159. -Peace River bonds | A | Interest | | | Sold | 08/28/17 | J | A | |
| 160. -Virgin Islands bonds | A | Interest | | | Sold | 08/28/17 | K | | |
| 161. -AB Global Bond Fund | A | Interest | | | Sold | 09/15/17 | J | A | |
| 162. -Calamos Strategic Total Return Fund | A | Interest | | | Sold | 08/28/17 | J | A | |
| 163. -Diamond Hills Sm Cap Fund | | None | | | Sold | 10/13/17 | K | A | |
| 164. -Eaton Vance Tax Adv'g Fund | A | Interest | | | Sold | 08/28/17 | J | | |
| 165. -Franklin Income Fund | C | Interest | | | Sold | 11/03/17 | M | B | |
| 166. -Fundamental Invs, Inc. | A | Interest | | | Sold | 10/13/17 | M | D | |
| 167. -iShares iBoxx Corp Bond Fund | A | Interest | | | Sold | 08/28/17 | J | | |
| 168. -Legg Mason Real Estate Opportunity Fund | A | Interest | | | Sold | 10/13/17 | J | A | |
| 169. -Neuberger Berman Real Estate Income Fund | A | Interest | | | Sold | 08/28/17 | J | A | |
| 170. -com stk NRG Energy Inc. | A | Dividend | | | Sold | 08/28/17 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Nuveen Muni High Yield Fund | A | Interest | | | Sold | 09/15/17 | L | B | |
| 172. -Oppenheimer Rochester Muni Fund | | Interest | | | Sold | 09/15/17 | J | | |
| 173. -com stk Pembina Pipeline Corp | A | Interest | | | Sold | 08/28/17 | J | | |
| 174. -com stk Retail Properties of America Inc. | A | Interest | | | Sold | 08/28/17 | K | | |
| 175. -SPDR S&P Div. Fund | A | Interest | | | Sold | 08/28/17 | J | | |
| 176. -Thornburg Investment Income Fund | B | Interest | | | Sold | 10/13/17 | L | C | |
| 177. -Virtus Total Return Fund | A | Interest | | | Sold | 08/28/17 | J | A | |
| 178. -com stk Goldcorp Inc. | | None | | | Sold | 08/28/17 | J | | |
| 179. -Janus Henderson Fund | | None | | | Sold | 10/13/17 | K | C | |
| 180. -Sabine Royalty Trust | A | Dividend | | | Sold | 08/28/17 | J | A | |
| 181. -San Juan Basin Royalty Trust | A | Dividend | | | Sold | 08/28/17 | J | | |
| 182. -com stk Spyglass Res Corp | | None | | | Redeemed | 08/30/17 | J | A | |
| 183. -cd Compass Bank Birmingham AL | A | Interest | | | Buy | 08/31/17 | L | | |
| 184. | | | | | Closed | 10/17/17 | L | | |
| 185. -cd First American Bank IL | A | Interest | | | Buy | 08/29/17 | L | | |
| 186. | | | | | Closed | 11/08/17 | L | | |
| 187. -cd Merchants Bank IND | A | Interest | | | Buy | 09/05/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Closed | 10/19/17 | L | | |
| 189. -cd Northfield Bank State Isl | A | Interest | | | Buy | 09/05/17 | L | | |
| 190. | | | | | Closed | 10/16/17 | L | | |
| 191. -cd Southeast Bank Athens TN | A | Interest | | | Buy | 06/19/17 | K | | |
| 192. | | | | | Closed | 08/29/17 | K | | |
| 193. -cd Tristate Cap Bank Pittsburgh PA | A | Interest | | | Buy | 07/24/17 | K | | |
| 194. | | | | | Closed | 09/28/17 | K | | |
| 195. -cd UMB Bank Kansas City MO | A | Interest | | | Buy | 08/29/17 | L | | |
| 196. | | | | | Closed | 11/08/17 | L | | |
| 197. -cd Wilmington Svgs Bank | A | Interest | | | Buy | 09/05/17 | L | | |
| 198. | | | | | Closed | 10/11/17 | L | | |
| 199. -cd BMW Bank Salt Lake City UT | A | Interest | | | Buy | 05/05/17 | K | | |
| 200. | | | | | Closed | 07/21/17 | K | | |
| 201. -RBC Wealth Mgt cash acct | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Lines 93 and 144: The assets referred to are no longer reportable due to reduction in value.

Lines 120, 121, 122, 123, 124:  The "Distributions" are "required minimum distributions" from this 403(b) retirement plan on account of my age.  The gain is not reported on the statement provided, and I do not have the ability to calculate the gain.  All contributions were made when I was a law school professor from 1970-1974.

Lines 121, 122 and 124, Column B.(2): The income is not reported on the statement provided.

Lines 127 to 131, Column B.(2): The income is not reported on the statement provided.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D.Brock Hornby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544